# Third District Court of Appeal

## State of Florida

Opinion filed May 6, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-3127
Lower Tribunal No. 13-26508
_____

**Willie Shotwell,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina M. Miranda, Judge.

Willie Shotwell, in proper person.

Pamela Jo Bondi, Attorney General, and Jacob Addicott, Assistant Attorney General, for appellee.

Before SUAREZ, LAGOA, and EMAS, JJ.

PER CURIAM.

Affirm without prejudice to file an amended, legally sufficient 3.801 petition within sixty (60) days of the date of this opinion.